IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 4:24-CV-01098 |
| | § | |
| ROMARM/CUGIR 7.62 CALIBER, | § | |
| MICRO DRACO PISTOL, | § | |
| SN: PMD-03128-15, | § | |
| Defendants | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

In accordance with Fed. R. Civ. P. Supplemental Rule G(2), the United States of America, Plaintiff, brings this complaint and alleges as follows:

Nature of the Action

1. This is an action to forfeit property to the United States for a violation of 21 U.S.C. § 841 (Distributing, Dispensing, or Possessing with Intent to Distribute or Dispense Controlled Substances).

Defendant In Rem

2. The Defendant Property is a Romarm/Cugir 7.62 caliber Micro Draco pistol with serial number PMD-03128-15 seized from Joseph Calderon at 4959 Canada Drive, Dallas, Texas, on July 15, 2024 (hereinafter, "Defendant Property"). The Defendant

Property is currently in the custody of the Drug Enforcement Administration in Dallas, Texas.

Jurisdiction and Venue

3. The Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

4. The Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

Basis for Forfeiture

6. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), because it is moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. § 841, proceeds traceable to such an exchange, and pursuant to 21 U.S.C. § 881(a)(11) because it is any firearm (as defined in section 921 of Title 18) used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1) or (2) of 21 U.S.C. § 881 and any proceeds traceable to such property.

Facts

7. The facts and circumstances supporting the forfeiture of the above-described property are:

a. On July 16, 2024, law enforcement executed a search warrant at 4959 Canada Drive, Dallas, Texas. The residence was previously identified as the primary residence of Joseph Calderon (hereinafter, "Calderon"); a known money launderer operating in the Dallas, Texas, area on behalf of multiple different Mexican based money launderers.

b. Calderon was found in a bedroom of the residence during a protective sweep by law enforcement. A number of other individuals in the residence were detained.

c. The Defendant Property was found in the bedroom along with additional firearms, marijuana, a money counter, and a safe.

d. Calderon provided the combination code to open a safe located in the bedroom.

e. Law enforcement discovered United States currency and assorted drug ledgers in the safe.

f. A Texas Workforce Commission inquiry showed no known wages reported for Calderon.

  g. Records show the Defendant Property was originally purchased by Karina Gaytan.

Potential Claimants

  8. The known potential claimants to the Defendant Property are:

  a. Joseph Calderon - 4959 Canada Drive, Dallas, Texas 75212 and

  b. Karina Gaytan - 2725 Ashglen Dr., Garland, Texas 75043.

Claim for Relief

  9. The United States respectfully requests that the Court forfeit the Defendant Property to the United States, award costs and disbursements in this action to the United States and order any other relief that the Court deems appropriate.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

 /s/ Kevin McClendon
Kevin McClendon
Assistant United States Attorney
State Bar No. 13408620
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I, Sean Reilly, hereby state that:

1. I am a Special Agent with the Drug Enforcement Administration.

2. I have read this Complaint, and the information contained herein is true and correct to the best of my knowledge.

3. The information contained in this Complaint comes from the official files and records of the United States, statements from other law enforcement officers, and my investigation of this case.

I state and verify under penalty of perjury that the foregoing is true and correct.


Sean Reilly
Special Agent
Drug Enforcement Administration

Dated: